IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RUBY McLEMORE**                                                                                         **PLAINTIFF**

**VERSUS**                                               **CIVIL ACTION NO. 1:05cv218-RHW**

**FRED'S STORE OF TENNESSEE, INC.**
**d/b/a FRED'S DISCOUNT STORE**                                                 **DEFENDANT**

## JUDGMENT

This cause came before the Court on the Motion for Summary Judgment [26] filed by Defendant Fred's Store of Tennessee, Inc., the issues having been duly considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED,** that for the reasons cited above, the Motion of the Defendant Fred's Store of Tennessee, Inc. for Summary Judgment [26] should be and is hereby **GRANTED.** Plaintiff's claims against the Defendant are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 8th day of August, 2006.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE